***********
IT IS HEREBY ORDERED that, for good cause shown, the April 9, 2009, Order is REVERSED IN PART with regard to the assessment of a ten percent (10%) late fee and the award of attorney's fees.
Defendant shall timely reimburse Plaintiff for medical compensation benefits pursuant to the Form 25T submitted on December 17, 2008, and shall pay Dr. Kennelly for recent treatment rendered. Defendant shall continue to provide Plaintiff with medical compensation benefits pursuant to the North Carolina Workers' Compensation Act.
Defendant shall notify the Industrial Commission in writing within thirty (30) days from receipt of this Order of its compliance. *Page 2 
This the26th day of May 2009.
S/___________________ DIANNE C. SELLERS COMMISSIONER
CONCURRING:
 S/___________________ BERNADINE S. BALLANCE COMMISSIONER
 S/___________________ STACI T. MEYER COMMISSIONER *Page 1